Argued and submitted April 28, fine vacated; order otherwise affirmed May 11, 1988

KIM KEERINS,
*Petitioner,*

*v.*

OREGON STATE PENITENTIARY,
*Respondent.*

(07-87-169; CA A45249)

753 P2d 960

Gary D. Babcock, Public Defender, Salem, argued the cause and filed the brief for petitioner.

Jan Londahl, Assistant Attorney General, Salem, argued the cause for respondent. On the brief were Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Scott McAlister, Assistant Attorney General, Salem.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

Petitioner seeks review of a final order of the Superintendent of the Oregon State Penitentiary. He contends that his right to due process of law was violated because he was not fully informed regarding the applicable law when he admitted violating an institution disciplinary rule. There is no merit to that contention. He also argues that the fine imposed is invalid. It is. *Watson v. OSP*, 90 Or App 85, 750 P2d 1188 (1988).

Fine vacated; order otherwise affirmed.